IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THERESA DEWITT,

    Plaintiff,

vs.                          No.: 2:17-cv-00285-LPL

AETNA LIFE INSURANCE COMPANY,

    Defendant.

**ORDER**

AND NOW, this 18th day of Sept., 2017, upon consideration of Plaintiff's Motion for Dismissal, it is hereby ORDERED, ADJUDGED and DECREED that, pursuant to Federal Rule of Civil Procedure 41 (a)(2), this action is dismissed with prejudice and without costs pursuant to the parties' settlement.

BY THE COURT:

_____ J.
Lisa Pupo Lenihan
U.S. Magistrate Judge

1